UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-5332-MWF(JCx)**                                             Date:  October 31, 2022

Title   **Shenzhen Smoore Technology Ltd. v. Pure Champ, Inc.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 1, 2022.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on October 31, 2022.  On August 16, 2022, Plaintiff filed four Proofs of Service ("POS") reflecting substituted service on the Defendants, with responses due on September 8 and 12, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 14, 2022**.

- ■ BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may stipulate to an extension of time within which Defendants must respond to the Complaint.

    OR

- ■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-5332-MWF(JCx)**                                              Date:  October 31, 2022

Title            **Shenzhen Smoore Technology Ltd. v. Pure Champ, Inc.**

respond to the Order to Show Cause by **NOVEMBER 14, 2022** will result in the dismissal of this action.

   IT IS SO ORDERED.

Initials of Preparer:  RS/sjm