JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN SMOORE TECHNOLOGY LTD., a Chinese Limited Company,<br><br>Plaintiffs,<br><br>v.<br><br>PURE CHAMP, INC., a California Corporation, GOLDEN LITE WHOLESALE & IMPORT, INC., a California Corporation, HANA SEUNG HE WOO, an individual, and QUOC HUNG LAI, an individual, SAMCHECK WHOLESALE, INC, a California Corporation, USAMA NASSAR and DOES 1-10,<br><br>Defendants. | CASE NO. 2:22-cv-05332-MWF(JCx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS,
3  DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with
4  each party bearing that party's own attorney's fees and costs. The Clerk is directed to
5  close the file.
6      IT IS SO ORDERED.

8  Dated: August 29, 2023

                      MICHAEL W. FITZGERALD
                      United States District Judge